UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christa Ava Jagnanan

_____

_____
 Write the full name of each plaintiff.

-against-

Moey, Inc.
[Molly Lenore, President]
_____

[Joseph Kirshner Stein, CTO]
_____

_____
 Write the full name of each defendant. The names listed
 above must be identical to those contained in Section I.

_____CV_____
(Include case number if one has been
assigned)

Do you want a jury trial?

☒ Yes       ☐ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Christa | Ava | Jagnanan |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 8936 88th Street |
|---|
| Street Address |

| Woodhaven | | |
|---|---|---|
| County, City | State | Zip Code |

| | christajagnananxo@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:

| Molly Lenore | | |
|---|---|---|
| Name | | |
| 131 Kensington Ave | | |
| Address where defendant may be served | | |
| Jersey City | NY | 07304 |
| County, City | State | Zip Code |

Defendant 2:

| Joseph Stein | | |
|---|---|---|
| Name | | |
| 817A Fifth Avenue | | |
| Address where defendant may be served | | |
| Brooklyn | NY | 11232 |
| County, City | State | Zip Code |

Page 2

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City                    State                    Zip Code

## II.   PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Moey, Inc.
_____

Name

_____

Address

Brooklyn                    NY                    11215
_____

County, City                    State                    Zip Code

## III.   CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☒ race:      See attached

☒ color:     See attached

☒ religion:  See attached

☒ sex:       See attached

☒ national origin:  See attached

Page 3

☒ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is:  Guyanese-American, West Indian Caribbean

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year:

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is:  Severe Stress, Anxiety, Panic Attacks, PTSD like from my employer and dangerous living situation

☒ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is:  Severe Stress, Anxiety, Panic Attacks, PTSD like from my employer and dangerous living situation

☒ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B.  Other Claims**

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☒ Other (may include other relevant federal, state, city, or county law):

See attached*

Page 4

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☐ terminated my employment
- ☒ did not promote me
- ☒ did not accommodate my disability
- ☒ provided me with terms and conditions of employment different from those of similar employees
- ☒ retaliated against me
- ☒ harassed me or created a hostile work environment
- ☒ other (specify):        See Attached*

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

See Attached*

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.   ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒   Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?   07-29-2023

☐   No

Have you received a Notice of Right to Sue from the EEOC?

☐   Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?   08-03-2023

When did you receive the Notice?   08-04-2023

☐   No

## VI.   RELIEF

The relief I want the court to order is (check only those that apply):

☐   direct the defendant to hire me

☐   direct the defendant to re-employ me

☒   direct the defendant to promote me

☒   direct the defendant to reasonably accommodate my religion

☒   direct the defendant to reasonably accommodate my disability

☒   direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)
Put on medical leave despite saying I am able and willing to work, with no pay for 2 weeks, 3 years of backwages for equal pay for equal work, hostile work environment, damaged electronic personal devices, emotional and physical damage, psychological torture, financial control, non ADA compliant guidelines, defamation of character, etc.

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 08-17-2023 | | |
| --- | --- | --- |
| Dated | | Plaintiff's Signature |
| Christa | Ava | Jagnanan |
| First Name | Middle Initial | Last Name |
| 8936 88th Street | | |
| Street Address | | |
| Woodhaven | NY | 11421 |
| County, City | State | Zip Code |
| 917-710-0779 | | christajagnananxo@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1.  Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2.  Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1.  You will no longer receive documents in the mail;

2.  If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3.  This service does *not* allow you to electronically file your documents;

4.  It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

## Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Name (Last, First, MI)

Address          City          State          Zip Code

Telephone Number          E-mail Address

Date          Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
(212) 336-3620
TTY (212) 336-3622
General FAX (212) 336-3625

**BY EMAIL**

Christa Jagnanan
8936 88th Street
Woodhaven NY 11421
Christajagnananxo@gmail.com

**RE:                    Christa Jagnanan v. Moey Inc.**
**EEOC Charge No.:         520-2023-05513C**

Dear: Christa Jagnanan:

This office is in receipt of your client's request for a *Notice of Right to Sue* on the above referenced charge.

The Commission has reviewed all the circumstances of this case to ascertain whether we will be able to complete our administrative process within 180 days. We have concluded that we will not be able to complete our administrative process within the allotted 180 days since your client's charge was filed, and we are issuing the requested *Notice of Right to Sue.*

Sincerely,

On Behalf of the Commission:

_____  FOR            __08-03-2023_____
Timothy Riera, Acting *District Director- NYDO*          Date

 **Gmail**

Christa Jagnanan <christajagnananxo@gmail.com>

## How Dare You? I NEED my paycheck that you promised! - SYSTEMATIC BREAKDOWN OF YOUR EMAIL

**Christa Jagnanan** <christajagnananxo@gmail.com>                    Thu, Aug 17, 2023 at 6:58 AM
To: Molly Lenore <molly@moeyinc.com>, Joey Stein <joey@moeyinc.com>, Liz Shaw <liz@moeyinc.com>

Good Morning, Ms. Molly Lenore:

**I am going to address your email systematically and pragmatically:**

**Rule #1 to be a confident woman that does not permit others to take advantage of brown, black, and especially women of trans experience and immense trauma and mental health disorders, because you are really crossing many lines, and dotting mine against my will, not testament.**

Dear Christa,

I am not asking please, I will say this once and neva make it happen again, respectfully. I address you by Ms. Molly Lenore humbly. I do not expect respect, I DEMAND it, because I have earned it through showing grace and being polite and always being a woman to my word. Just look at all the Galas I was invited to and all the friendship bracelets I've made – with Ginny, Marsha P. Johnson's sister! and Mr. Kulleseid – NYC Park Commissioner. Just ask any one of my co-workers, AKA familia, I am a woman of my word. You may view me as not your friend, but I am always an email and a text away. Just text a friend!

Based on your behavior in the workplace and your communications regarding suicidal ideations, we want to ensure that you and other employees remain safe in the workplace.

Let me first start off by saying in my expressed opinion just how unfortunate this wording is to  the trans community. Remember that words matter, take a gander – I said my expressed opinion. Sometimes, words are harsher than sticks and stones. For someone like me, let me tell you. I am the strongest woman I know, but mentally. I survived suicide twice now, and severe abuse in the conditions I was in. My boyfriend and I were lied about and our narratives are written and against what we truly are. I learned that through a little bit of hope, and a big thank you every day with prayer, anything is possible. I am a community woman and I love paying it forward!

I know you may not understand what it's like to be a person of color, a person with a mental health disability and living in extremely dangerous living conditions that has exacerbated my symptoms, so I completely understand. But I have tried to have a conversation with you and time and time again I am met with rewording of legal doctor's notes, missed emails, and lies – plain and simple. Suicidal ideation is a complex thing.

Based on your behavior in the workplace

I am not understanding, because I am never confused - so I would just like to know what you mean by, "My behavior at work." I have not been in person to work because this makes me feel like the following:

1) I am not a circus animal, it makes me feel like I am a 50 trick bear – think washing dishes, being yelled at, no keys to my bedroom and not knowing if I can afford my next meal – which is why I was so upset when you refused to pay me for 2 days after telling you about how I was going to in my expressed opinion commit suicide based on your needless words of hurt and sorrow that felt like daggers to my heart. (Thank God I got out of that situation – because I was able to find FREE resources in order to help me survive because I am literally that Broke. Thank god for my boyfriend who shared his SNAP

benefits with me to feed me everyday. I couldn't even afford the more expensive safer brand of estrogen, so I had to cut corners and settle for the cheaper $10one that burned me so badly, I couldn't walk and had to stay in my bed but because of the dangerous living situation, had to tough it out every day on my citibike. I even had to sacrifice my favorite Starbucks order - brown sugar iced latte with oat milk. I had to get water. And ask for free bread. Literally, ask any Starbucks that know me - because I need to prove everything to you and even when I do, you still tell me I didn't.

2) Sometimes, Federal Laws need to be followed in order to survive, especially the employee handbook that I wrote (shhh I put in lots of leeway in there, so it can save me today in a time like this because a woman knows deep down when they are only propped up for their beauty and not brains. I was required to say somethings, but I always softened / chamfer the edges of the legal jargon in there, and who would have thunk - I did it not only for me but for any future black and brown girls you'd hire... oh wait. I did that. Thank god they were only Outside Contractors and not having to deal with this abusive treatment of me. I now weigh 141 lbs. I used to weigh 198, and my cheeks were so rosy and happy. My body literally HURT.
IBUT! What I have learned from this is to never judge a book by its cover. I have met so many Caucasian men and women, and families that invite me into their homes and feed me, shelter me and even want to marry me! But this goes to show that intersectionality means something. We may have the same gender identity (I think), but that neva should be interpreted as that a sista will support me. Bras support me better than you, and I don't wear them. Who woulda thunk.

Anyways, I refer to my KEYword, pragmatically. How in the HELL can you say to me "My Behavior In The Workplace" when I have a medical disability covered by the ADA guidelines that you never read time and time again? Remember.... Knowing the script can lead to you know.. read your emails, you are not "stupid" or "uneducated", you're a President. The most oblivious president that I have ever had the pleasure to have known.
I say that I have had the most pleasure to have met you though because although never provided the tools, or the shiny apartment in manhattan, or the pretty ipad pros like the others, or even when you ordered those beautiful desks and Moey blue seats with lumbar support for everyone else, I realized something. I have the complexion for protection - unfortunately. This is what people of color have to do every. single. day. I am a woman of my word and even though I was being treated this way by you, I still poured my mind body and soul to the 2 projects i can confidently say I managed - because words matter. I did it for the smiles on peoples faces, not the money, and especially now - I fight and fight and fight for my health insurance and being able to provide a stable househeld for my soon to be husband. Because I flipped this script and I tried something different, since I write Moey guidelines, I wrote my own! Which is believing in someone. My boyfriend and my brother has been lied about time and time again. It wasn't until I texted them every single day that "I believe in you" and my brother I told him I want him to be involved in my projects and provide him and my future husband's resumes.

I always believe in those that are misunderstood, and maybe my living situation made me seem unprofessional. So I apologize on that part.

However, I think that my work has immensely improved - just ask Liz!

We appreciate your hard work and efforts, but we are concerned for your well-being.

Thank you! I love appreciation and recognition for my work and efforts because I pour my mind, body and soul into it. My mind with my beautiful ideas that I get to see come to life on the panels, and those chamfered edges on the plaques for the elderly, my body - I got to choose the locations of the Marsha P Johnson State Park plaques! Oh my god, I got to wear a hard hat - that was fun - and most importantly, my soul because I conceptualized, chose the spot and content developed the very panel for people like Ms. LaTravious Collins. I want to update this plaque, and while I am off from work against my will, thankfully with pay so I can eat, (I can't believe I just checked my paystubs AND WAS NOT PAID SINCE AUGUST 4TH. I SAVED THIS EMAIL TO BE NICE AGAIN, GLAD I SAVED IT BECAUSE I AM STAAAARVING! AND TOLD NOT TO TALK TO MY CO WORKERS FOR FINANCIAL ASSISTANCE).  I will ask the parks department for this idea. I have to honor the hard work she has poured into that park with me.

Concerned for your well-being:

Per my last few emails. Please read through, systematically, like I do! Or Read the resources I show you on conference calls like the ADA guidelines of the EEOC website, just search up keywords such as harassment, intimidation, medical accommodations, etc.

 As a result, we request medical information to ensure you can safely perform the essential functions of your position with Moey.

I kindly and humbly decline, because I said time and time again, I am willing and able to work. Please refer to my past few emails and doctor's notes to back it up. I am also a big proponent on trusting my medical doctor. My medical doctor and I have privacy rights, and I know my health better than anyone, with my doctors advice and guidance. I can safely perform my essential functions, because I work from home. I have always given you the opportunity to ask me to come in to the office with 3 days prior notices. I am unsure of this statement, and baffled. But I am always open to explaining more, when I get a new phone number. I'd also like to say thank you for the paid time off because I was actually able to accomplish a lot of things I never had the time to do before. So for that I am forever gracious for, and this is why I don't mind having a chat when my phone goes on! well.. the new number.

Please understand that the attached letter for your treating physician is provided out of our concern for your well-being.

huh? I am never confused but this line makes me sit here in my shell of a body, in an apartment I can finally have the time to send emails like this, and wonder... huh?

Please authorize your treating physician to provide us this information.

Respectfully, please respect my right to my personal health information. I am not authorizing this for now. It took a lot of courage to authorize that one with the Citibike, and I don't want to share anymore on that. Thank you.

Please ask your doctor to provide responses within ten (10) days.

Molly Lenore. Have you not learned that you can not request an employees personal health information, pressure me with deadlines when I am off on unwanted leave because I need MONEY TO EAT AND SURVIVE, and I have told you time and time again, my doctor has better work culture than me so she has time off and sick days?! You are REALLY RE-excacerbating my symptoms and then want to blame the cause on me, when it is YOU. Stop trying to get me fired because I filed an EEOC case on you, and using my mental disability to toy with me until you cause me to be killed so you can walk away scotch free, steal all my work and say the poor broke brown girl offed herself. NOT HAPPENING. I HAVE A BEAUTIFUL LIFE AND FUTURE TO LOOK FORWARD TO. THIS. IS. ABUSIVE. MANIPULATION. AND CAN LEAD UP TO DEATH.

Please call my doctor's office, as I have rescinded all of my personal health information. My p[revious letters say the exact same thing - I am willing and able to work. I need proper accomodations as well as for you to be nicer with your words and to be more polite and have conversations on mental health in the workplace. Like I always do!

During this time, we request that you take a fully paid leave of absence.

I decline. I would like to work, and I am asking you WHY are you asking me to do this? You requested, then put me on this leave and then you didn't pay me. YOU WILL and MUST be held ACCOUNTable.

As a result, we will pay you through August 28th, and expect you to remain out during that time while we await your doctor's responses.

How DARE you. Seriously, How Dare you. did you refuse to pay me purposely because you knew I was in a dangerous living environment, needed money, knew twice now you directly caused my suicidal ideations, and then now you have starved me? How DARE you, and you can meet Marsha P Johnson's family recently and smile? You are on the board of SAGE? You go to Washington DC for MY work?!  And give credit to LIZ? DAN? I ORGANIZED AND DESIGNED THAT ENTIRE REDESIGN.

and expect you to remain out during that time while we await your doctor's responses.

HOW DARE YOU. I never even ACCEPTED.


ALSO, I LOOKED AT THE ORGANIZATION CHART, AND MOLLY ORLOVICH RECEIVED A PROMOTION TO A SENIOR TITLE AND I LITERALLY PROOFREAD ALL HER WORK, YOU GAVE HER A NEW IPAD PRO, AND I AM HERE LITERALLY BEGGING FOR WATER AND BREAD, AND HAVING TO BALANCE NEGATIVE BALANCES TO ESCAPE A LITERAL KIDNAPPING SITUATION?!

You need to let go of your ego, apologize to Marsha's family, and most of all, to ME. For building your company from the ground up.

I EXPECT emergency pay, TODAY, because I am HUNGRY. Malnourished, and can DIE. And I want my 3 years of BACKPAY, for the difference that liz made, PLUS every single job title I had to do. If you refuse, I already am in the process with the EEOC and FEDERAL court, to make sure this happens.

Sincerely,

LIES-A-MANELI

ALSO ... WHO CALLED EMS ON ME, DID YOU EVEN READ MY EMAIL?! WHO. BECAUSE AFTER THAT WAS CALLED, YOU DIDN'T PAY ME. PLEASE EXPLAIN.
--


**warmest and kindest and the absolute humblest regards,**

christa ava **jagnanan**

phone a friend : email for now, or text

instagrams : @xstalove  blue check verified [si, i'm the reel deal!]

                                                                    **all my emails are a penned:**


    **Love Letter** to all the trans people out there who are beautiful (Inside and out - Remember beauty is in the eye of the

beholder. As **Marsha P. Johnson** says… **Pay It No Mind**). To  black, brown and every color in between, freckles, skin conditions,

   mental status, socioeconomic,  disenfranchised or those who fell to substance abuse because life was just not fair, but

pushed on, those trans people dealt the wrong cards, or don't know how to read because they had to be a latchkey kid and had

  no time for access to education. Those that were crippled with student loan debt with the expectation you'd get the shiny

corporate jobs as those that don't look like you or share the same **skin  tone**. Don't worry, let's teach them lessons and tell

our stories. The best teacher is experience. **Marsha paid it no mind, so now I am paying it forward!** Always remember this, you

  can re-write **YOUR** narrative. I'm writing mine with gold ink and a hint of pink. Grab a pen, what's your ink color(s) gonna

                                                                                        be?


You **GROW,** girl!



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY  10004-2112
(212) 336-3620
TTY (212) 336-3622
General FAX (212) 336-3625

**BY EMAIL**

Christa Jagnanan
8936 88th Street
Woodhaven NY 11421
Christajagnananxo@gmail.com

**RE:          Christa Jagnanan v. Moey Inc.**
**EEOC Charge No.:      520-2023-05513C**

Dear: Christa Jagnanan:

This office is in receipt of your client's request for a *Notice of Right to Sue* on the above referenced charge.

The Commission has reviewed all the circumstances of this case to ascertain whether we will be able to complete our administrative process within 180 days.  We have concluded that we will not be able to complete our administrative process within the allotted 180 days since your client's charge was filed, and we are issuing the requested *Notice of Right to Sue.*

Sincerely,

On Behalf of the Commission:

_____    FOR                          \_\_08-03-2023\_\_\_\_\_
Timothy Riera, Acting *District Director- NYDO*          Date

technology          science          art          design          education



232 3rd Street, #E301
Brooklyn, NY 11215
718-237-1496

August 10, 2023

Eric Le Clair, PA-C
One Medical
114 W 17th St.
New York, New York 10011

Dear PA Le Clair:

Your patient, Christa Jagnanan is employed by Moey Inc. (the "Company") as a Project Coordinator.  Ms. Jagnanan should have contacted you by now to authorize us to receive the information sought below. If that is not the case, kindly contact us so we may arrange for such authorization to be provided.

By way of background, as a Project Coordinator, Ms. Jagnanan is responsible for basic bookkeeping for the Company including writing invoices, following up with clients for payment, updating the accounts payable tracker, and entering Company transactions into our accounting software. Her duties also include general office services including answering phones, receiving and trafficking mail and shipments, preparing outgoing mail and shipments, filing, preparing letters of agreement for independent contractors, basic in-house office support and miscellaneous administrative tasks such as drafting meeting minutes and meeting agendas.

We are writing to request your assistance in assessing Ms. Jagnanan's fitness for duty. In March 2023, Ms. Jagnanan took a leave of absence for a medical condition from March 6 through March 17.  Throughout May, June and July 2023, the Company granted various requests for accommodation from Ms. Jagnanan, and permitted her to work remotely and take time off to attend treatment appointments.

On August 4, Ms. Jagnanan's medical provider sent a communication to the Company indicating that Ms. Jagnanan suffered from "suicidal ideation" and "planned to drive her CitiBike into traffic to end her life."   That same day, the Company received a communication from Ms. Jagnanan accusing the Company President of "attempted murder" and discussing her attempts to take her own life.

Thereafter, on August 7, Ms. Jagnanan sent an email communication to all Company employees, again noting her suicidal ideations.

technology          science          art          design          education

In addition to threatening to take her own life, our information and observations regarding Ms. Jagnanan's behavior upon which our concerns are based are summarized below.

- Ms. Jagnanan has mentioned episodes that were "detrimental" to her mental health and "almost caused her death."
- Ms. Jagnanan has expressed suicidal thoughts to the entire Company and mentioned attempts at suicide.
- Ms. Jagnanan has accused the President of the Company of attempted murder.

We are concerned with Ms. Jagnanan's threats that she may take her own life, as well as her references to prior attempts at suicide.

Given the nature of the work the Company performs and the high pressure and high level of responsibility that are associated with Ms. Jagnanan's Project Coordinator position, including responsibility for daily time-sensitive accounting tasks, frequent direct communication with the Company's clients, and coordinating paperwork for contractors and vendors, we are concerned that Ms. Jagnanan may create a direct threat to herself. We also are concerned that since Ms. Jagnanan has stated multiple times that communications from Moey's President have caused her suicidal ideations that if Ms. Jagnanan were to come to the Company's office as her role requires, this would trigger potentially dangerous behavior that would create a direct threat to herself and, perhaps, others. We are willing to consider providing Ms. Jagnanan with reasonable accommodations, unless it would impose an undue hardship on the Company. However, it is necessary that we receive additional information from you regarding her condition as part of our consideration process.[1]    Please provide us with the below requested information no later than August 28.

- Please provide a diagnosis of Ms. Jagnanan's medical condition. Does this diagnosis adequately explain the circumstances summarized above?

- In light of the above information and your independent knowledge, does Ms. Jagnanan pose a significant risk of substantial harm to herself in the workplace?

---

[1] The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If so, are there ways to mitigate against this risk? Please explain the bases for your opinion.

- Please offer any possible insights concerning the probability that any harm to Ms. Jagnanan may occur and whether the degree of risk would be expected to decrease with the passage of time and, if so, to what degree and within what timeframe.

- Please provide more information, if possible, regarding the job-related limitations resulting from Ms. Jagnanan's medical condition. Are there any restrictions on how much Ms. Jagnanan can work? If so, how long will these job-related limitations be in place?

- Please help us understand if there are any accommodations the Company can make to enable Ms. Jagnanan to perform the essential functions of her position in a safe manner and eliminate the possibility of incidents in the workplace.

Please let us know what assistance you will need from us in this process. In particular, please tell us what, if any, additional employment records or other information you need to render an informed and comprehensive opinion. Please return this information to me at the address listed above as soon as possible. We appreciate your assistance as we address this important issue.

Sincerely,

Molly Lenore
President
Moey Inc.
646 246 6845
molly@moeyinc.com