UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTA AVA JAGNANAN,

                Plaintiff,

-against-

MOEY, INC.; MOLLY LENORE, PRESIDENT;
JOSEPH KIRSHNER STEIN, CTO,

                Defendants.

23-CV-7299 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se*. By order dated October 10, 2023, the Court directed Plaintiff to file an amended complaint within 60 days. (ECF 4.) On December 18, 2023, Plaintiff filed a letter requesting an extension of time to file an amended complaint. In her letter, she states that, after filing the complaint, she became homeless and that she has recently obtained permanent housing.[1]

      The Court grants Plaintiff's request. Plaintiff must file an amended complaint within 45 days of the date of this order.

## CONCLUSION

      The Court grants Plaintiff's request for an extension of time to file an amended complaint. Plaintiff must file an amended complaint within 45 days of the date of this order. If Plaintiff fails to file an amended complaint within the prescribed time, and she cannot show good

---

[1] Plaintiff also filed a form consenting to electronic service of documents in this case. (ECF 6.)

cause to excuse such failure, the Court will dismiss the complaint for the reasons stated in its October 10, 2023 order.

SO ORDERED.

Dated:   December 20, 2023
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge